Re:

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Joseph Lee Henry,       
Appellant.
 
 
 

Appeal From Lee County
Clifton Newman, Circuit Court Judge

Unpublished Opinion No. 2003-UP-350
Submitted March 26, 2003  Filed May 
 20, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for Appellant.
Deputy Director for Legal Services Theresa A. Knox, Legal 
 Counsel Tommy Evans, Jr. and Legal Counsel J. Benjamin Aplin, all of Columbia, 
 for Respondent.
 
 
 

PER CURIAM:  Appellant, Joseph Lee Henry, 
 was sentenced to one year and a $2,000 fine, suspended upon time served and 
 payment of a $1,000 fine with two years of probation, for second offense DUI.  
 Following a probation revocation hearing, the court revoked the suspended sentence 
 in full, but held imposition of the sentence in abeyance until September 21, 
 2002 to allow appellant to pay the remaining balance of his fine in full.  In 
 the event the fine was paid in full by that date, probation was ordered terminated.  
 We dismiss pursuant to Anders v. California, 386 U.S. 738 (1967) and 
 State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels petition 
 to be relieved is granted.
APPEAL DISMISSED. 
 CURETON, ANDERSON, and HUFF, JJ., concur.